No. 75–5708. LUDWIG ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 75–5718. HERRON v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 75–5732. CARTER v. UNITED STATES. Ct. Cl. Certiorari denied. 

No. 75–5784. ROOT v. TERRITORY OF GUAM. C. A. 9th Cir. Certiorari denied. 

No. 75–5789. ASHFORD v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied. 

No. 75–5793. KESER v. REGAN, PRISON SUPERINTENDENT. C. A. 3d Cir. Certiorari denied. 

No. 75–5797. McCRAY v. BOSLOW, INSTITUTION DIRECTOR, ET AL. C. A. 4th Cir. Certiorari denied. 

No. 75–5798. GASPERICH v. CHURCH. Ct. App. Md. Certiorari denied. 

No. 75–5802. AGNES v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 75–5804. CARTER v. WALKER ET AL. C. A. 5th Cir. Certiorari denied. 

No. 75–5805. STRATTON v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied. 
